PERK, AUDITOR OF CUYAHOGA COUNTY *v.*
OHIO EX REL. CORRIGAN, PROSECUTING
ATTORNEY OF CUYAHOGA COUNTY

No. 590.   Decided December 8, 1969

*Gerald A. Donahue* and *Donald M. Robiner* for appellant.

*John T. Corrigan, pro se,* and *John L. Dowling* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

MISSISSIPPI POWER & LIGHT CO. *v.* CAPITAL
ELECTRIC POWER ASSN.

No. 611.   Decided December 8, 1969

*Bernard G. Segal, Samuel D. Slade, Sherwood W. Wise, Garner W. Green,* and *Joshua Green* for appellant.

*T. Harvey Hedgepeth* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.